PAGE 1 of 30

FILED
APR - 9 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE U.S. DISTRICT COURT FOR THE EASTERN
DISTRICT OF VIRGINIA

Compliant Under Civil Rights Act 42 USC § 1983

ACTION NUMBER: 1:20CV415 LMB/IDD

TROY L. SMITH
Plaintiff(s)

VS.

DIRECTOR - VADOC - HAROLD CLARKE
(HAMPTON ROADS Regional Jail)
Superintendant : John / Jane "DOE"
Asst Superintendant : John / Jane "DOE"
Major : FELICIA COWANS
Captain & Chief of Security :
Sergeant : STEVE WHITEHEAD (Unit Sergeant)
Sergeant : T. EVERETTE (Unit Sergeant)
Sergeant : E. HERELLE (Records)
Sergeant : ___ JOHNSON (Unit Sergeant)

RECEIVED
APR - 6 2020
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Page 2 of 30

CO ___ Budd (Pod Officer Day Shift)
C.O. C. Anderson (Pod Officer Night Shift)
Master Jail Officer : N. Perry (Classification)
Sergeant : C. Dickerson (Classification)
Officer : ___ Insley (Pod Classification)
Internal Affairs : Lt. Phillips (Lieutenant IA)
Internal Affairs : ___ Cox (Officer IA)
Sergeant : ___ Copeland (Grievance Specialist)
DON : K. Barton (Director of Nursing)
HSA : April Green (Health Service Admin)
Doctor : Dr. Merano
RN : T. Harris (Reg. Nurse)
CMT : A. Harrison (Cert. Med Tech)
Medical Security Supervisor : Lt. K. Mack
RN : ___ Phifer (Reg. Nurse)
Charge Nurse : John / Jane "Doe"
Defendant(s)


I.

   1.) Parties : Troy L. Smith # 272086
                 Pendleton Correctional Facility
                 4490 West Reformatory Road.
                 Pendleton, IN 46064

Page 3 of 30

2) Director VA DOC HAROld CIARKE
PO Box 26963
Richmond, VA 23261

3) Hampton Ronds Regional Jail
2690 Elmhurst Lane
Portsmouth VA. 23701

4) Supt. John / Jane "DOE"
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

5) Asst. Supt. John / Jane "DOE"
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

6) Major Felicia Cowans
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

7) Captain & Chief of Security T. Barnes
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

page 4 of 30

8.) Sergeant STEVE Whitehead (UniT Sergeant)
2690 Elmhurst lane (HRRT)
Portsmouth VA. 23701

9.) Sergeant T. Everette (Unit Sergeant)
2690 Elmhurst lane (HRRT)
Portsmouth VA. 23701

10.) Sergeant E. HERELLE (Records)
2690 Elmhurst lane (HRRT)
Portsmouth VA. 23701

11.) Sergeant ___ Johnson
2690 Elmhurst Lane (HRRT)
Portsmouth VA. 23701

12.) OFC. ___ Budd (OFFicer)
2690 Elmhurst lane (HRRT)
Portsmouth VA. 23701

13.) OFC. C. Anderson (OFFicer)
2690 Elmhurst Lane (HRRT)
Portsmouth VA. 23701

Page 5 of 30

14) MJO. N. Perry (CLASSIFICATION)
2690 Elmhurst Lane
Portsmouth VA. 23701

15) Sergeant C. Dickerson (CLASSIFICATION)
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

16) OFFICER ___ Insley (CLASSIFICATION OFFICER)
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

17) Internal Affairs LT. Phillips (LIEUTENANT IA)
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

18) Internal Affairs ___ Cox (OFFICER IA)
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

19) Sergeant ___ Copeland (Grievance Specialist)
2690 Elmhurst Lane (HRRJ)
Portsmouth VA. 23701

page 6 of 30

20.) DIRECTOR OF NURSING (DON) K. BARTON
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

21.) Health Service Admin. "April Green" (HSA)
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

22.) DOCTOR - DR. MERANO
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

23.) RN I. HARRIS
2690 Elmhurst lane. (HRRJ)
Portsmouth VA. 23701

24.) RN ___ Phifer
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

25.) CERT MED TECH A. HARRISON
2690 Elmhurst lane (HRRJ)
Portsmouth VA. 23701

page 7 of 30

26) Medical Security Supervisor LT. K. MACK
2690 Elmhurst lane (HRRT)
Portsmouth VA. 23701

27) Change Nurse John / Jane "Doe"
2690 Elmhurst lane (HRRT)
Portsmouth VA. 23701

## II.

28.) (A) Have you ever begun other law-
suits in any state or Federal Court
Relating to your imprisonment? NO

## III.   GRIEVANCE PROCEDURE

(A) AT WHAT INSTITUTION DID THE EVENTS
Concerning your Current Compliant
take place:

29) Hampton Roads Regional Jail
2690 Elmhurst lane
Portsmouth VA. 23701

Case 1:20-cv-00415-LMB-IDD  Document 1  Filed 04/09/20  Page 8 of 34 PageID# 8

30.) UNIT 3/2 - C - SIDE DAYROOM

31.) (B) DOES THE INSTITUTION LISTED IN "A" HAVE A GRIEVANCE PROCEDURE ? YES

32.) (C) 1.) DID YOU FILE A GRIEVANCE ON THIS COMPLIANT ? YES

2.) IF SO, WHERE AND WHEN? ON OR ABOUT MAY 24-26, 2018 ON ARMARK KIOSK MACHINE.

3.) WHAT WAS THE RESUIT: ORIGINALLY SGT. WHITEHEAD OFFERED NO REMEDY AND CLOSED THE COMPLIANT ON MAY 31. 2018.

4.) DID YOU APPEAL ? YES

5.) RESUIT OF APPEAL: # 660656 MAJOR FELICIA COWANS INTERCEPTED THE APPEAL TO THE SUPERINTENDANT STATING A INCOMPETENT RESPONSE NON-RELATED TO COMPLIANT ABOUT JAIL CREDITS.

Page 9 of 30

6) CAPTAIN T. BARNES Answered on FIRST
Appeal Stating if Courts needed Additional
information they will Contact me.

33) (D) IF there was NO prison Grievance
Procedure in the institution, Did you Complian
To the prison Authorities? YES

34) IF your Answer is yes, what Steps
Did you Take? WROTE Complaint TO
Unit (3) Sergeant(s), Also Requesting Criminal
Changes, wrote to internal Affairs (IA
Ms. Cox), Exaulted Grievance procedure.

35) IV           LEGAL Claims

This is A Civil Action Authorized By
42 USC Section 1983 To Redress The
Deprivations Under Color of State
Law of Rights Secured By The
Constitution of the United States.

page 10 of 30

36.) THE COURTS have Jurisdiction Under 28 USC SECTION 1331 And 1343 (a) (3) Plaintiff Seeks DECLARATORY Relief PURSUANT TO 28 U.S.C.

37.) SECTION 2201 And 2202 Plaintiff Claims for injunctive Relief ONE Authorized By 28 USC SECTION 2283 And 2284 And Rule 65 OF THE FED. Rules OF Civil Procedures.

38.) THE EASTERN DISTRICT OF Virginia And Norfolk / Newport news Division is An Appropiate Venue Under 28 U.S.C. SECTION 1391 (b) (2) BECAUSE IT is

39.) Where the events giving Rise To This Claim Occured.

40.) Plaintiff(s), Troy L. Smith Was AT All times mentioned A prisoner OF THE HAMPTON Roads Regional Jail A FOR-profit County Jail / Corporation That operates THE Jail.

page 11 of 30

41) Plaintiff(s) Troy L. Smith is Confined
At For-profit Pendleton Correctional Facility
4490 West Reformatory Road, Pendleton, In
46064. As A interstate Compact Prisoner.

42) Defendant DIRECTOR VA DOC:
HAROLd CIARKE is the DIRECTOR of the
Virginia Department OF Corrections.

43) HAMPTON Roads Regional Jail, He is
legally Responsible for the policy MAKER
And overall operational of THE

44) HAMPTON Roads Regional Jail A-profit Jail.

45.) Defendant DIRECTOR VA DOC HAROld CIARKE
Violated Plaintiff(s)

46.) FIRST AmendmenT INTERfering or
Allow Defendants TO impermissible DENY

page 12 of 30

Plaintiff To Petition The Government For Redress of grievances

47) And/or To Appeal grievances To the higher Authority And exhaust Under P.L.R.A.

48) Violated Plaintiff Eight Amendment Cruel And Unusual punishment allowing Another inmate To Attack plaintiff who knew he WAS Unstable, hostile, Assaultive, Combative, And/or A history of Violence

49) Towards inmates And/or staff, Denied To be put in medical housing do To injuries (HIT in Back of head with A UNSECURED Food TRAY), Result Swollen head, (BROKEN WRIST And/or BROKEN Bones).

page 13 of 30

50.) Denied pain medication, denied proper procedure To See A Specialist AT A outside hospital on day of incident, Failure To protect from Assault And denied To Administer proper medical procedures After the Attack from Violent Attack.

51.) Violated Plaintiff FourTEENth Amendment denied equal protection of the law in protecting plaintiff from Assault, That Defendents Knew the inmate had A history of Violent Acts on inmates And /

52.) OR STaff And /OR Administer proper medical Attention AFTER Attack.

53.) Defendant's Superintendant John / Jane "DOE", Asst. Superintendant John / Jane "DOE", And Major Felicia Cowans Violated Plaintiffs

Case 1:20-cv-00415-LMB-IDD   Document 1   Filed 04/09/20   Page 14 of 34 PageID# 14

page 14 of 30

54) FIRST Amendment Failure To Aid And
Administer A proper Remedy of Grievance
pertain to Assault on Plaintiff Under
P.L.R.A.

55) Violated Plaintiff's Eight Amendment
Cruel And Unusual punishment Having

56) personal knowledge of plaintiff injuries,
FAIL TO TRAIN OFFICERS on Combative
inmates who Assault inmates And staff
Alike, Failure TO TRAIN Defendants on
INMATE Assault

57) And / or policy procedure of HAMPTON
Roads Regional Jail, allowing medical
to deny plaintiff medical Services After
Assault, denied pain meds by

58) medical personel, denied to be housed
in medical Unit After injuries And / or
Allowing inmates who Are Violent

page 15 of 30

RUN WILD in A - PROFIT HAMPTON Roads
Regional Jail

59) Violated Plaintiff's FOURTEENTH Amendment
denied equal protection of the law in
protecting Plaintiff on inmate Assault &
Denied PROPER Medical Attention AFTER
assault.

60) Defendant(s) (Capt) Chief OF SECURITY
T. BARNES, Sgt. (UNIT Sergeant) STEVE WHITE-
head, Sgt. (UNIT SERGEANT) T. EVERETTE,
Sgt. (RECORDS) E. Herelle, Sgt. (UNIT Sergeant)
___ Johnson, C.O. (Pod OFFICER DAYS)
___ Budd And C.O. (Pod OFFICER NIGHTS)
C. Anderson

61.) Violated FIRST Admendment FaiLURE
TO investigate grievance pertaining TO
Assault, And / OR TO exhaust under
P.L.R.A.

page 16 of 30

62) Violated _Eight Amendment_ Failure to Administer proper procedure on Assault pertain to plaintiff, denied to be moved out of population Due to

63) injuries, denied to follow Safety And Security procedure pertain to Violent inmates who Assault inmates And Safe watch As plaintiff was Assaulted And/or never Administer.

64) A Chemical Agent. Violated _Fourtenth- Amendment_ Denied equal protection of the law protecting from Assault of Another inmate And proper procedure of housing.

65) Defendant's _Master Jail officer (Classi- fication) Perry, Sgt. (Classification) C.- Dickerson, And ofc. (Classification) ___- Insley_ Violated _Fourtenth Amendment_ Denied equal treatment in housing pertaining to medical needs

page 17 of 30

66.) Defendant's INTERNAL AFFAIRS LT. Phillips
And __ Cox VIOLATED FIRST Amendment
Failure To Address grievance pertain
To injuries And/or Under P.L.R.A.

67.) Violated FOURTEENTH Amendment
Denied equal treatment of safety And
Security of the prison pertain to injuries
Plaintiff Suffered.

68.) Defendant GRIEVANCE Specialist - Sgt.
__ Copeland, VIOLATED FIRST Amendment
Failure To address grievance pertain to
injuries And/or FAILURE To exaust
Under P.L.R.A.

69.) Violated FOURTEENTH Amendment
Denied equal protection in filing
GRIEVANCE, INVESTIGATION And/or
exhaust Under P.L.R.A.

page 18 of 30

70.) Defendant's DIRECTOR OF NURSING
(DON) K. BARTON, Health Service Administrator
April Green, (Doctor) DR. MERANO
RN (Reg. Nurse) T. HARRIS, RN (Reg. Nurse)
_ phiter, CORT. Med Tech "CMT" A. -
HARRISON, Charge Nurse John / Jane "Doe",
And Medical Security Supervisor LT. K. MACK

71.) Violated Eight Amendment Deliberate
indifference To A prison Conditions that
expose A prisoner To A Unreasonable

72.) Risk of SERIOUS harm or deprives
plaintiff of A human Need (pains
Medication) pertain To injuries And / or
CRUEL And Unusual punishment.

73.) Violated Fourteenth Amendment Denied
equal treatment pertain To Medical
needs.

page 19 of 30

74) Each Defendant is Sued individually And in [His or Her] official Capacity AT All times mentioned in This

75) Compliant Each Defendant Acted under the Color of state law

76) $\underline{V}$      "FACTS"

77) On or About May 24, 2018 plaintiff was housed in the Hampton-

78.) Roads Regional Jail in pod 3/2 C-Side.

79) Defendant ofC. Budd Was the on Duty Day Shift pod officer.

80.) During the Date of incident inmate D. Johnson was Released from Seg-

81) Regation And assigned To 3/2 C side Cell C-202.

page 20 of 30

82.) Defendant OFC. Budd Contacted Defendant
Classification MJO. M. Perry, And had INMATE

83.) D. Johnson moved from C202 to C201.

84.) Sometime During the Day evening Hours
Shift Change And Defendant OFC.

85.) C. Anderson was on Duty.

86.) Sometime During the Night Shift on
Day of incident I the plaintiff was
badly.

87.) assaulted By INMATE D. Johnson

88.) Inmate D. Johnson Suddenly Struck
me the plaintiff in the head with A

89.) Unsecured Food Tray.

90.) Inmate D. Johnson Slammed plaintiff
back onto his Arm.

page 21 of 30

91) Defendants OFFICER Anderson And Sgt. Everette was PRESENT Witnesses TO Attack.

92) Defendant Sgt. Everette NEVER DURING Attack used Chemical agents TO PREVENT further Attack.

93) Plaintiff was placed in Cell AFTER Being attacked And being injured.

94) Plaintiff was placed INTO A gym AFTER being attack And having injury.

95) Plaintiff was ESCORTED TO medical WHERE DEfendant ON DUTY Charge NURSE John/JANE

96) "DOE," Acknowledge broken Arm DO. TO obvious Disformity of plaintiff Arm.

97) DEfendant ON DUTY CHARGE NURSE John/ JANE "DOE" Refised TO CALL A Medical ADMINISTRATOR,

98) OR PROVIDER.

page 22 of 30

99.) Defendant on duty Charge Nurse John / Jane "Doe" refused to use better Judgement And get

100.) plaintiff to a Hospital, Defendant Charge Nurse John/Jane "Doe" Sent plaintiff back to housing

101.) Unit with outstanding injuries.

102.) Plaintiff placed back into pod Maximum Security population.

103.) Plaintiff left in a (4) man Cell over night with injuries.

104.) Plaintiff escorted the following day to Medical to see a Doctor Defendant

105.) Dr. Merano. Plaintiff was in bad pain All night And had little Assistance.

106.) Plaintiff was given x-rays And was Sent to a Hospital.

107.) Plaintiff learned how badly Broken Arm WAS And had to wait days to recieve Surgery.

108.) Plaintiff At Some point Contacted Classification Via kiosk to Defendants MJO. N. Perry,

109.) Sgt. C. Dickerson, Sgt. E. Hereile to Attempt to relocate from population to A safer

110.) Campatible housing while awaiting Surgery And when Completed.

111.) Plaintiff recieved A response from the Classification Defendants And denied

112.) Relocation. Plaintiff At Some point had Contacted And met with the Hampton -

113.) Roads regional Jail internal Affairs Dept, Defendant(s) LT. Phillips And OFC. Cox.

114.) Plaintiff Completed And Submitted Criminal Compliant Forms.

Case 1:20-cv-00415-LMB-IDD   Document 1   Filed 04/09/20   Page 24 of 34 PageID# 24

page 24 of 30

115.) plaintiff was interviewed By A Portsmouth Police Officer Alexander

116.) To talk About the incident And process the Criminal Complaints Against inmate D. Johnson.

117) At Some point plaintiff filed A grievance based on Attack And injuries Sustained.

118.) Plaintiff Appealed grievance And it was assigned To Defendant Captain Barnes

119) And Continued exausting Remedies Another final Appeal was Sent

120.) To the facility Head Superintendant Defendant John / JANE "DOE" And

121) was intercepted And Responded to By Defendant major. F. Cowans, which was

122.) The institutional Final Remedy.

page 25 of 30

123)                    LEGAL CLAIMS

124) Plaintiff Reallege And incorporate By
reference paragraphs 1-122.

125.) The Defendants At the Hampton Roads
Regional Jail Violated Plaintiff -

126.) Troy L. Smith, FIRST, EIGHT, And
FOURTENTH Amendment Rights :

127.) Failure to protect Against inmate
on inmate Assault, Failure to Remedy

128.) A Wrong When A known Risk. Failure
to investigate Grievance.

129.) Medical Deliberate indifference to A
Serious Medical need.

130.) Refused Plaintiff to be placed in
proper housing do to injuries.

page 26 of 30

131.) Denied equal protection of the law And /
or Due process of law.

132.) Failure To Administer proper medication
for ongoing pain while housed AT

133.) THE Hampton Roads Regional Jail.

134.)   KNOWLEDGE AND ACQUIENSCENCE

135.) Defendants: HAROLD CLARKE (VADOC DIRECTOR)
(SUPERINTENDANT) John / JANE "DOE" (HRRJ)
(ASST. SUPERINTENDANT) John / JANE "DOE" (HRRJ)
(MAJOR) F. COWANS, (CAPTAIN) T. BARNES,
S. WHITEHEAD (UNIT SERGEANT)
T. EVERETTE (UNIT Sergeant)
E. HERELLE (Classification Sergeant)
    Johnson (UNIT Sergeant)

136.) MJO N. PERRY (Mst. Jail OFC - Classification)
C. DICKERSON (Classification Sergeant)

page 27 of 30

137) LT. Phillips (Lieutenant) INTERNAL AFFAIRS
— Copeland (Sergeant) "GRIEVANCE Specialist"

138) R. BARTON (DIRECTOR OF NURSING), A. GREEN
(Health Service Administrator), DR. MERANO -
(DOCTOR) (Charge Nurse) John/ JANE "DOE". . .

139) LT. R. MACK (Lieutenant) "Medical Security/
Supervisor".

140.) UNDER Supervisor OFFIcial, (1) KNOW of
Violations of your Rights, (2) ARE IN A-

141.) position To CORRECT Them And (3) Fail
To do So, they may be found To have -

142.) Personal INVOLVEMENT And Responsibility
for the injuries you have SUFFERED.

143.) THE HAMPTON ROADS Regional Jail Breached
the Contract of The STATE of Virginia -

page 28 of 30

144) By Violating Plaintiff Constitutional Rights " FIRST, Eight, And FOURTEENTH

145.) Admendment)"

146) The plaintiff has NO plain, Adequate or Complete Remedy AT law To Redress the

147.) Wrongs described HEREIN.

148.)             PRAYER FOR RELIEF

149.) WHEREFORE, Plaintiff RespectAlly prays that this Court enter Judgement granting

150.) plaintiff:

151.) A Declaration that the Acts And Omissions described HEREIN Violated

152.) Plaintiff's Rights under The Constitutional Rights And laws of the United States.

page 29 of 30

153.) Compensatory damages in the amount of $15,000.00 Against Each defendant,

154.) Jointly And Severally.

155.) Punitive Damages in the Amount of $15,000.00 Against Each Defendant.

156.) A Jury Trial on All issues Triable By Jury.

157.) Plaintiff Cost in The suit.

158.) Any additional Relief This Court deems Just, proper, And equitable.

159.) Date: 3/19/20
Respectfully Submitted,

page 30 of 30

TROY L. SMITH # 272086
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, Ind 46064

## VERIFICATION

I Have Read the foregoing Compliant And
hereby Verify That the Matters alleged
therein Are True, except As To Matters
Alleged on information And belief,
And As To Those, I Believe them To be True.
I Certify Under penalty of perjury That
the foregoing is True And Correct.

EXECUTED AT Pendleton, Indiana
On: 3/19/20

SIGNATURE:
    TROY L. SMITH / 2/ S-.e

page 1 of 3

<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF VIRGINIA.</u>

SUMMONS

TROY L. SMITH                CIVIL ACTION NO.
    PLAINTIFF,

VS.

HAROLD CLARKE - DIRECTOR (VADOC)
John / Jane DOE - Superintendant (HRRJ)
John / Jane DOE - ASST. Superintendant (HRRJ)
F. COWANS - MAJOR (HRRJ)
T. BARNES - CAPTAIN HRRJ
STEVE WHITEHEAD - Sergeant) (HRRJ)
T. EVERETTE - Sergeant (HRRJ)
E. HEVELLE - Sergeant (HRRJ)
___ Johnson - Sergeant (HRRJ)
___ Budd - OFFICER (HRRJ)
C. ANDERSON - OFFICER (HRRJ)
N. PERRY - MASTER Jail OFFICER (HRRJ)
C. DICKERSON - SERGEANT (HRRJ)
___ INSLEY - OFFICER (HRRJ)

page 2 of 3

_____ Phillips - Lieutenant (HRRJ)
_____ Cox - Officer (HRRJ)
_____ Copeland - Sergeant (HRRJ)
K. BARTON - DON (HRRJ)
April GREEN - HSA (HRRJ)
_____ MERANO - DOCTOR (HRRJ)
T. HARRIS - Reg Nurse (HRRJ)
A. HARRISON - CMT (HRRJ)
K. MACK - Lieutenant (HRRJ)
_____ Phifer - Reg Nurse (HRRJ)
John / Jane DOE - CHARGE NURSE (HRRJ)


Individually And in THERE
OFFICIAL CAPACITIES,
        DEfendanT(S)


TO THE Above NAMED DEfendants:


You Are HEREby SUMMONED And required TO
SERVE upon plaintiff's whose Address is
TROY L. SMITH # 272086, PendlETON
Correctional FACILITY 4490 West Reformatory Rd.
Pendleton, IN 46064 An ANSWER TO THE

page 3 of 3

Compliant which is here with Served upon
you within 20 DAYS After SERVICE of
this Summons upon you, EXCLUSIVE OF the
DAY OF SERVICE, OR 60 days if the U.S. -
GOVERNMENT OR / OFFICER / Agent thereof
is A Defendant. IF you fail to do so
Judgement by default will be taken
against you for the Relief Demanded
in the Compliant.


CLERK OF THE COURT
DATE: _____

F-6

## CERTIFICATE OF PRISONER ACCOUNT

I, the undersigned, certify that Offender _Troy Smith_ ,

DOC # _272086_ has a current balance of $ _56.62_ in his prisoner trust account. I

also certify that during the last six (6) months (or _____months if prisoner has been confined less

than six months) that the prisoner's average monthly BALANCE was $ _19.62_ .

I further certify that I have attached a true and correct copy of the prisoner trust account

statement for the last six months or for the duration of his confinement in the Department of

Corrections.

Signed on date: _3/19/2020_

_____
Signature of Authorized Official

_Caseworker T. Cochran_
Printed Name and Job Title
Pendleton Correctional Facility